AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Jessica Louise Bustle | ) Case No. 21-mj-280 |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Jessica Louise Bustle                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) – Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) – Knowingly Engaging in Disorderly or Disruptive Conduct in Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) – Violent Entry and Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in Capitol Buildings.

Date:     03/04/2021                               _____
                                                              *Issuing officer's signature*
                                                              2021.03.04 21:56:22 -05'00'

City and state:     Washington, D.C.                  Robin M. Meriweather, U.S. Magistrate Judge
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)*  3/4/21 , and the person was arrested on *(date)*  3/8/21
at *(city and state)*  Bristow, VA .

Date:   3/9/21

_____
*Arresting officer's signature*
SA John Y. Nagashima, FBI
*Printed name and title*